**Order entered July 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00535-CV

## IN THE INTEREST OF B.B.P., A MINOR

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF11-14718**

## ORDER

The Court has before it appellant's motion to consolidate appeals. Because appellant's previous notice of appeal was not received or filed by this Court, the motion is **DENIED** as moot.


/s/      ELIZABETH LANG-MIERS
       JUSTICE